■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WELCH, Appellant. [635 NYS2d 565] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Arson, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO MELITO, Appellant. [635 NYS2d 566] —Judgment unanimously affirmed. Memorandum: Defendant waived the statutory right to a speedy trial by his guilty plea (*see, People v Friscia*, 51 NY2d 845, 847; *People v Hemans*, 197 AD2d 909, *lv denied* 82 NY2d 850). His contention that he was deprived of the constitutional right to a speedy trial is without merit (*see, People v Taranovich*, 37 NY2d 442, 444-445; *People v Moore*, 159 AD2d 521, 522; *People v Collins*, 98 AD2d 947, 948). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Burglary, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK CHMIEL, Appellant. [635 NYS2d 565] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Rogowski, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.

■ In the Matter of DAVID F. JAROS, Respondent, v CITY OF NIAGARA FALLS, Appellant. [635 NYS2d 564] —Judgment unanimously reversed on the law without costs, motion granted and petition dismissed. Memorandum: Supreme Court erred in denying the motion of respondent, the City of Niagara Falls, to dismiss the petition on the ground that the proceeding was not timely commenced (*see, Matter of Comerford v City of Niagara Falls*, 214 AD2d 1055; *Matter of Fabrizio v City of Niagara Falls*, 214 AD2d 1055; *Matter of Westendorf v City of Niagara Falls*, 214 AD2d 1056). (Appeal from Judgment of Supreme Court, Niagara County, Koshian, J.—CPLR art 78.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.